UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

FEB 15 2018

CLERK'S OFFICE
U.S. DISTRICT COURT
20243

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

ANDREW PARTYKA,

Defendant/Petitioner.

Criminal Case No. 13-cr-20557
Civil Action No. 15-cv-10357

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
DEFENDANT/PETITIONER'S MOTION BROUGHT PURSUANT TO 28
U.S.C. §2255

On January 27, 2018, Magistrate Mona K. Majzoub issued a Report &

Recommendation (ECF No. 76) in which she recommended that the Defendant's

Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 (ECF

No. 56) be DENIED.

In the Report and Recommendation, the parties were advised that any

objections must be filed within fourteen days of service of a copy as provided for in

28 U.S.C. 636(b)(1) and E.D. Mich. LR 72.1(d)(2) and that failure to file specific

objections constitutes a waiver of any further right of appeal.

There having been no timely objections filed, the Court

(1) ACCEPTS the magistrate judge's Report and Recommendation (ECF No. 76);

(2) DENIES Defendant's Motion to Vacate, Set Aside or Correct Sentence

pursuant to 28 U.S.C. §2255 (ECF No. 56)

SO ORDERED.

Paul D. Borman
United States District Judge

Dated:      FEB 15 2018